**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

**OCTAVIO CLARK,**

Debtor.

Case No.: 19-48387
Chapter: 7
Judge: OXHOLM

________________________________________/

**EX PARTE MOTION TO REOPEN A CLOSED CASE TO FILE A MISSING PAPER PURSUANT TO L.B.R. 5010-1**

NOW COMES the Debtor, OCTAVIO CLARK, by and through his undersigned counsel, and moves the Court to reopen the above-captioned close case to file a missing paper pursuant L.B.R. 5010-1 on the following grounds:

1. The Debtor filed for Chapter 13 bankruptcy on June 4, 2019.
2. On July 23, 2019, the court issued a Notice of Requirement to Complete Course in Financial Management.
3. The Debtor due to miscommunication with his prior counsel and the credit counseling provider did not understand he had not completed the Personal Financial Management course.
4. The Debtor had received notifications from the creditor counseling provider when he took the pre-filing counseling about the need to go back in and complete the course as he had missed the last few questions. When the Debtor took the second course, he believed he had finished the course and answered all the questions. When he did not receive any communication from the credit counseling company like he did with the first course, he believed he was done. He was incorrect.
5. On September 10, 2019, the Clerk of the Court issued notice that the above-captioned case was closed without discharge for failure to file Official Form 23, Certification of Completion of Instructional Course Concerning Personal Financial Management. Debtor did not see this notice.

6. The Debtor only recently realized the status of his case when he was contacted by creditors that told him he had not received a discharge. Debtor then learned that he had not completed the course. He has now retaken the course and completed all the questions required. A certificate was issued on June 20, 2022 and has been filed with the Court.
7. L.B.R. 5010-1 allows an ex parte motion to reopen a closed case for a debtor seeking to file an Official Form 23, Certification of Completion of Instructional Course Concerning Personal Financial Management.

**WHEREFORE**, the Debtor requests that the Court enter an Order to Reopen a Closed Case to File a Missing Paper.

Dated: June 23, 2022

Respectfully submitted,

**/s/ Heather D. McGivern**

Charissa Potts (P73247)
Anne Sorge (P79468)
Heather D. McGivern (P59393)
Attorney for Debtor
Freedom Law, PC
Kennedy Building
18121 E. Eight Mile Rd., Suite 301
Eastpointe, MI 48021
313.887.0807
info@freedomlawpc.com